IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT REVAK and | : | |
| MARGARET REVAK | : | CIVIL ACTION |
| | : | |
| v. | : | No. 03-4822 |
| | : | |
| INTERFOREST TERMINAL | : | |
| UMBEA AB | : | |
| and | : | |
| WAGENBORG SHIPPING, B.V. | : | |

**ORDER**

AND NOW, this  14th  day of May, 2009, upon consideration of Defendant Wagenborg Shipping BV's Motion for Summary Judgment (Doc. No. 12, Case No. 04-4253),[1] it is ORDERED that the Motion is DENIED.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, J.

---

[1] The actions against Interforest Terminal UMEA AB and Wagenborg Shipping BV were consolidated on April 6, 2005.  (*See* Doc. No. 35.)  Wagenborg Shipping filed the instant Motion under the pre-consolidation case number, 04-4253.