

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT REVAK and
MARGARET REVAK

v.

INTERFOREST TERMINAL UMEA AB
and WAGENBORG SHIPPING, B.V.

:
:
:
:          CIVIL ACTION
:
:          NO. 03-4822
:

FILED
MAY 19 2009
MICHAEL E. KUNZ, Clerk
_____ Dep. Clerk

**ORDER**

AND NOW, this 19th day of May, 2009, upon consideration of Defendant Interforest Terminal UMEA AB's Motion for Summary Judgment (Doc. No. 46), and all documents submitted in support thereof and in opposition thereto, it is ORDERED that the Motion is DENIED.

IT IS SO ORDERED.

BY THE COURT:

R. Barclay Surrick, J.

5/19/09

```
********-COMM. JOURNAL- ******************  DATE MAY-19-2009 *****  TIME 15:54 ********

    MODE = MEMORY TRANSMISSION         START=MAY-19 15:44    END=MAY-19 15:54

    FILE NO.=822

STN NO.   COMM.   ABBR NO.   STATION NAME TEL NO.   PAGES   DURATION

  001      OK       a         2159257516            015/015  00:02:06
  002      OK       a         2155632583            015/015  00:03:04
  003      OK       a         17574468670           015/015  00:02:45
```

-JUDGE R. BARCLAY SURRICK -

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA
3619 UNITED STATES COURTHOUSE
INDEPENDENCE MALL WEST
SIXTH AND MARKET STREETS
PHILADELPHIA, PENNSYLVANIA 19106-1741

Chambers of
R. BARCLAY SURRICK
United States District Judge

(267) 299-7630

May 19, 2009

To:  Stanley B. Gruber, Esquire
     Freedman & Lorry PC
     400 Market Street, Suite 900
     Philadelphia, PA 19106
     Fax: 215-925-7516

     John T. Donovan, Esquire
     Michael A. Meehan, Esquire
     Rawle & Henderson, LLP
     The Widener Building
     One S. Penn Square
     Fax: 215-563-2583

     Edward J. Powers, Esquire
     Vandeventer Black LLP
     500 World Trade Center
     Norfolk, VA 23510
     Fax: 757-446-8670

Re:  *Revak, et al. v. Interforest Terminal UMEA AB et al.*
     Civil Action No. 03-cv-4822

Memo: Memorandum & Order to follow.

Via Fax. Fifteen (15) pages transmitted to include this cover page.