**EXHIBIT LIST**

1. Report of David G. Cook, M.D.

2. Report of Thomas Swirsky Sacchetti, Ph.D.

3. Thomas Jefferson Emergency records relating to the April 3, 1994 incident

4. Thomas Jefferson Emergency records relating to the December 30, 2003 incident

5. Thomas Jefferson Emergency records relating to the January 1, 2005 incident

6. Curriculum vitae of Thomas Swirsky Sacchetti, Ph.D.