CLINICAL FORM ONE   EMERGENCY DEPARTMENT   THOMAS JEFFERSON UNIVERSITY HOSPITAL

TIME SEEN: 1745
PHYSICIAN NAME: Coulter

**S:** 56 yo W♂ intoxicated, family reports staggering up stairs and fell ~3-4 ft onto chest/head. Bloc. renewed on floor s ms×u. Pt s cmpl [illegible] ⊕ LOC GCS 15. Denies other drugs. ∅ PMH/meds/allergy. bad BP 80/p per EMS → 500cc bolus 120/p

**O:** W♂ NAD A&O×3 / Bearded / collared. NCAT pupils 2→1 b/l. arms [illegible]/Tm-clear. neck supple NT to palp. distal off midline. Cor-RR s m/r/g. lungs clear b/l [illegible]. Abd soft NT/ND no c/s/s. Back: NT to palp. Ext NT to palp. ⊖ abras/lacs/HT. ⊖ [illegible]. Neuro AA&O×3, no focal deficits.

**A:** IN ⊕ fell ⊕ LOC / CAT [illegible]
**P:** [illegible] / D/C to home c family

Test Results:
SMA6: NA 137 | K | CL 102 | CO2 | BUN | GL 170
ABG: PH | PO2 | PCO | A 39 | HCO3 | O2 | SAT L | ED 15
ETOH 260
C+S / PT 28

X-RAY/CAT SCAN: C spine / C spine Neg

MEDICAL ORDERS/TREATMENT:
[illegible] [illegible] cath pain / creatin abds appropriate

NAME: REVAK, ROBERT   MR#: 00850725  ENC#: 381269   FORM COPY#: 1
DOB: 05/27/1937  AGE: 056Y  SEX: M  TRA LEV:   ARR DT: 04/03/94  ARR TM: 0045
LAST ED ENC#:   LAST ED DATE: / /   PAT PHONE: 215 563 7798
WK COMP:   HMO:   APPRVL FLG:   CNTCT NAME:   PHONE:
CALL TO RTMNT DT: 04/03/94  TM: 0050   EMPLOYER NAME:
NEXT OF KIN:   PHONE:
FAMLY PHYS:   CONTACTED: N  PHONE:
STD CONC: FALL
ADTL INFO:

MED HIST/DOSE/FQ:

ALLERGIES:

LAST MENSTL PD:   LAST TETNS:   RESP:
TEMP:   MTHD:   PULSE:   RHYM:   BP: /
WGHT:   KGS   ASSN AREA:   TR DATE:
TRIAGE DT: / /   TM:   TRI NUR:
DOES PT HAVE WRITTEN A/D?   DOES PT HAVE COPY?   DATE:
HOUSE STAFF SIGNATURE: Coulter / IAm
RN SIGNATURE:
DIAGNOSED & TREATED IN MY PRESENCE AND UNDER MY SUPERVISION

**Thomas Jefferson University Hospital**

EMERGENCY DEPARTMENT
955-6840

132 South 10th Street
Philadelphia, Pa. 19107-5244

CLINICAL II

LAST NAME: REVAK                                FIRST NAME: ROBERT
AGE: 056   SEX: M   ADMISSION DATE: 04/03/94   ADMISSION TIME: 00:49
                   DISCHARGE DATE: 04/03/94   DISCHARGE TIME: 08:14
MR NO: 00850725    ENC NO: 381269    ED TYPE: UR
DISCHARGE DIAGNOSIS: CERVICAL STRAIN (SPRAIN OF NECK)
EMERGENCY DOCTORS ASSOCIATED WITH PATIENT    ATT/RES    SIGNATURES
   TREATING DOCTOR: FORSTATER, ALAN T.           A
                   COMBER, JOHN                  R
                   SOBERS-BROWN, KAREN           R

CLINICIANS ASSOCIATED WITH PATIENT

        CONDITION AT DISCHARGE     IMPROVED
        DISCHARGE DISPOSITION:     RELEASED DISCHRGE
              REFERRAL NAME:       NONE
       NAME OF CONTACT PERSON:
              CONTACT PHONE:
              FOLLOW UP Y/N        N
              FOLLOW UP DATE
              FOLLOW UP TIME
              NUMBER OF EKG'S      0
              HCG TEST             N
         CRITICAL CARE Y/N         N
         CRITICAL CARE MINS
COMMENTS

DIAGNOSIS   8470    CERVICAL STRAIN (SPRAIN OF NECK)
            85400   CLOSED HEAD INJURY


PROCEDURES PERFORMED BY EMERGENCY PHYSICIAN




CPT4 CODES

        DIAGNOSED AND TREATED IN MY PRESENCE AND UNDER MY SUPERVISION

        SIGNATURE  _____

MEDICAL RECORDS

# THOMAS JEFFERSON UNIVERSITY HOSPITAL
## EMERGENCY DEPARTMENT
## TRAUMA FLOW SHEET

REVAK, ROBERT
ER#00850725 -381269 05/27/1937 M
DT                    TM         WAIT

DATE: 4/3/04
TIME OF ARRIVAL: 1400

SIGNATURE: Revak Robert

**Allergies:** NKA
**Meds:** denies
**Last Tetanus:**

**Received:** Ambulance ___ Helicopter ___
Police ✓
Rescue ___ Transfer From ___
Private Auto ___ Other ___

**Type:** Auto___ Driver___ GSW___
Motorcycle ✓ Passenger___ Stabwound___
Fall___ Pedestrian___ Assault___
Industrial___ Seat Belt___ Other___
Helmet___

**Pre-hospital Treatment:**

**Prenotification:** Yes ✓ Time ___ No

**Location of Incident:** ___
**PMH:** denies
**Time of Incident:** ~ 1½° PTA

## INITIAL ASSESSMENT
### Primary Survey
**AIRWAY**
✓ Clear/Natural  Size ___
___ Suctioned
___ Oral
___ ET Tube

**BREATHING**
Respirations ✓ Spontaneous  16 Rate
___ Assisted
___ Controlled
Effort: ___ Normal ___ Retracted ___ Shallow ___ None

Trachea ✓ Midline  ___ Deviated L R
Chest Wall Stability ✓ Normal ___ Abnormal
SubQ emphysema  NWL
Site ___
Supplemental O₂ ___

**CIRCULATION**
Heart Rate 94
Rhythm SR
JVD distention ___ Yes ✓ No
Capillary Refill ✓ Normal ___ Delayed ___ None

**Gross hemorrhage:** ___ Yes ✓ No
Area ___

**Skin:** ✓ Dry ___ Moist
✓ Warm ___ Cool
Color ___

**Neuro/GCS total** ___
E 4  V ___ M 6

**Pupils** R / L
N/S  N/S
Size 1.5  1.5

**CSF Leak** Yes ___ No ✓
Site ☐ Ears R___ L___
☐ Nose R___ L___

**Motor Strength**
Upper R 5 L 5
Lower R 5 L 5

**Temp** ___ Method Po R Ax other
P ___ RR ___ BP 110/64

## Secondary Survey
**Head:** c lacs, abrasions, obvious trauma
**Chest:** (=) bilat breath sounds, chest NT palpation
**Abdomen:** soft NT undistended
**Pelvis:** stable
**GU:** no gross blood @ meatus
**Extremities:** c obvious trauma, deformities

## TRAUMA RESPONSE
Level I*  Level II  Time: ___

| Name | Response Times | Consults | Response Times |
|---|---|---|---|
| ED Physician* Dr Foster | In dept | | |
| Surgical Resident* | | | |
| Trauma Attending | | | |
| Radiology Technician* | | | |
| Operating Room Supervisor* | | | |
| NCC/Nursing Supervisor* | | | |
| Blood Bank | | | |
| Anesthesia | | | |
| Respiratory Therapist | | | |

| TRAUMA SCORE (RTS) | |
|---|---|
| RESP RATE/MIN | |
| 10-29 | 4 |
| >29 | 3 |
| 6-9 | 2 |
| 1-5 | 1 |
| none | 0 |
| SYSTOLIC B/P | |
| >89 | 4 |
| 76-89 | 3 |
| 50-75 | 2 |
| 1-49 | 1 |
| no pulse | 0 |
| GCS | |
| 13-15 | 4 |
| 9-12 | 3 |
| 6-8 | 2 |
| 4-5 | 1 |
| 3 | 0 |

| EYES OPEN | |
|---|---|
| SPONTANEOUS | 4 |
| TO VOICE | 3 |
| TO PAIN | 2 |
| NONE | 1 |

| VERBAL RESPONSE | |
|---|---|
| ORIENTED | 5 |
| CONFUSED | 4 |
| INAPPROPRIATE WORDS | 3 |
| INCOMPREHEN | 2 |
| NONE | 1 |

| MOTOR RESPONSE | |
|---|---|
| OBEY COMMAND | 6 |
| LOCALIZES PAIN | 5 |
| WITHDRAWS (PAIN) | 4 |
| FLEXION (PAIN) | 3 |
| EXTENSION (PAIN) | 2 |
| NONE | 1 |

Pupils: mm

REACTION
N-NORMAL
S-SLUGGISH
F-FIXED

MOTOR
S-STRONG
M-MODERATE
W-WEAK
A-ABSENT

SKIN SURFACE: C-CLOSED WOUND;
O-OPEN WOUND; G-GUNSHOT; S-STAB WOUND;
D-DEFORMITY; A-ABRASION; % BURNS;
AMP-AMPUTATION; X-TENDERNESS

N. REVAK, ROBERT
ER#00650725 -381269 05/27/19
M DT                      TM        WAI
D
SIGNATURE

Revak, Robert

IMMOBILIZATION
Time Initiated                     D/C
___ Cervical Collar
___ Sand Bags
___ Short Spine Board
___ Long Spine Board
___ Head Taped
___ Traction
___ Shock Trousers
___ Restraints

X-RAYS PERFORMED
Time
___ C-Spine          ___ Extremities
___ Crosstable
___ Complete Series
___ T-Spine
___ L-Spine
___ Chest            ___ CT Scan
___ Erect            ___ Pelvis
___ Supine           ___ Other

| TIME | TEMP | HEART RATE | RHYTHM | RESP. RATE | BP ARTERIAL/CUFF | PULSE OX | URINARY OUTPUT | EYES OPEN | VERBAL RESP. | MOTOR RESP. | TOTAL GCS | SIZE/REACT L | SIZE/REACT R | UPPER LEFT | UPPER RIGHT | LOWER LEFT | LOWER RIGHT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05 | | 78 SL | | 16 | 140/92 | | | 4 | 5 | 6 | 15 | 4/N | 4/N | S | S | S | S |
| 0230 | | 68 | | 16 | 110/60 | | | 4 | 5 | 6 | 15 | | | S | S | S | S |
| 0607 | | 85 | | 16 | 110/90 | | | 4 | 5 | 6 | 15 | 2/N | 2/N | S | S | S | S |

## BLOOD PRODUCTS

| TIME | TYPE: PRBC, - FFP, etc. | AMT. | SITE | TOTAL |
|------|-------------------------|------|------|-------|
|      |                         |      |      |       |
|      |                         |      |      |       |
|      |                         |      |      |       |
|      |                         |      |      |       |
|      |                         |      |      |       |
|      |                         |      |      |       |

**NAME**

MR #
REVAK, ROBERT  M
ER#00850725 -381269  05/27/1937
                    TM         WAIT
DT

SIGNATURE  *[signature: Revak Robert]*

Total IV Intake _____

P.O. Intake _____

## INFUSIONS

| TIME | IV SOLUTIONS, ALBUMIN PIGGYBACKS | INITIAL VOLUME | CATH. SIZE | SITE | AMT. ABSORBED |
|------|----------------------------------|----------------|------------|------|---------------|
| MN   | PSS 1L                           | 1L #16         |            | L hand | 800         |
| 0230 | PSS 2nd hr IV                    |                |            |      |               |
|      | Tetanus IM/sub c. 10 cc          |                |            |      | IM rt arm     |

| Time | Size |
|------|------|
| ____ Foley | ____ |
| ____ Chest Tube | ____ |
| ____ N/G Tube | ____ |

**OUTPUT**
VOIDED  350
CHEST TUBE _____
FOLEY CATH _____
N/G _____
EMESIS _____
OTHER _____
TOTAL _____ cc

## MEDICATION AND TREATMENT

____ DTT .5cc IM ____    ____ HYPERTET 250 UNITS IM ____
MANUFACTURER: _____    LOT # _____

| TIME | MEDICATION | ROUTE |
|------|------------|-------|
|      |            |       |
|      |            |       |
|      |            |       |
|      |            |       |
|      |            |       |
|      |            |       |

0059

TIME 0059
CBC
PT-PTT
SMA 6
SMA 12
Amylase
Myoglob
T & C
ETOH
UA
UA Tox

**LABS SENT**

| OTHER | TIME |
|-------|------|
|       |      |
|       |      |
|       |      |
|       |      |
|       |      |
|       |      |

## LAB DATA

**ARTERIAL BLOOD GAS**

| TIME | %FIO₂ | Ph | PO₂ | PCO₂ | HCO₂ | Sat% |
|------|-------|----|----|------|------|------|
|      |       |    |    |      |      |      |
|      |       |    |    |      |      |      |
|      |       |    |    |      |      |      |

| TIME: | WBC | Hgb | Hct | PT | PTT | PLATELETS |
|-------|-----|-----|-----|----|----|-----------|
|       | 13.4 | 15.0 | 44.9 | 11 | 28 | 227 |

| TIME: | NA | K | CL | CO₂ | GLUCOSE | CREAT | BUN |
|-------|----|---|----|-----|---------|-------|-----|
|       |    |   |    |     |         |       |     |

| TIME: | Amylase | ETOH | CK |  |
|-------|---------|------|----|----|
|       |         | 300  |    |  |

**DRUG SCREEN** _____

**URINALYSIS**   UA Dip ⊕ ____ ⊖ ____

Color _____    Glucose _____    Urobilinogen _____
Turbidity _____    Ketones _____    Nitrite _____
Specific Gravity _____    Bilirubin _____    Other _____
pH _____    Blood _____
Protein _____

| TIME | NURSES NOTES |
|---|---|
| 0140 | Pt rescue from [illegible], unable to [illegible] of [illegible] of stairs; [illegible] hospital, fell w/ [illegible], [illegible] LOC, arr to ED c/w #16G L hand in [illegible] c cervical [illegible] |
| 0130 | Pt [illegible] c/o [illegible] x-rays, sleeping [illegible] — [signed] |
| 0230 | Pt [illegible] to CScan [illegible], CR film t/s transcript, Pt sleeping, c easy arousal |
| 0500 | Sleeping |
| 0600 | Sleeping |
| 0740 | Pt Admit w/[illegible] to have + family, Pt A+O x 3, GAIT steady |

NAME: REVAK, ROBERT  M
ER#00850725 -381269  05/27/193[?]
DT           TM        WAI

SIGNATURE: Revak, Robert

SIGNATURES OF CARE PROVIDERS: [two signatures]

Valuables List: c pt.
Disposition:
Disposition of belongings: ___ Family ___ Other ___ Police ___ Patient
Family Notified ___
(Relationship) ___
Time: ___

DISCHARGE NOTE     DISPOSITION:     TIME:



**Thomas Jefferson University Hospital**

EMERGENCY DEPARTMENT
955-6840

132 South 10th Street
Philadelphia, Pa. 19107-5244

Thomas Jefferson University Hospital Emergency Department

AFTERCARE INSTRUCTIONS

for ROBERT REVAK, Sunday, April 3, 1994, 7:14 am
(#00850725)

IMPORTANT: We have examined and treated you today on an emergency basis. This is not a substitute for, or an effort to provide, complete medical care. In most cases, you must let your doctor check you again or return here as directed. Tell your doctor about any new or lasting problems. It is impossible to recognize and treat all injuries or illnesses in a single Emergency Department visit. If you had special tests such as EKG's and X-rays, we will review them again within 24 hours. We will call you if there are any new suggestions. After leaving, you should FOLLOW THE INSTRUCTIONS BELOW.

Your treatment was supervised today by Dr. Alan Forstater.

PATIENTS WITH HMO OR HEALTHPASS MUST OBTAIN APPROVAL FROM THEIR PRIMARY CARE PHYSICIAN PRIOR TO ANY FOLLOW-UP.

HEAD INJURY (Concussion).
A head injury shakes up the brain a bit. Examination of your brain and nerves was normal. Sometimes, though, problems can show up later.

Rest quietly for about a day. Eat simple foods, such as soup. Someone else should watch you for the problems listed below. (Someone who does not have an injured head.) Have them wake you to check for symptoms every 4 hours.
1) Repeated or persistant vomiting.
2) Headache which worsens or lasts more than a day.
3) Unequal pupils (one large and one small).
4) Difficulty seeing, walking or using the arms.
5) Dizziness, confusion, or loss of consciousness.
6) Difficulty in waking the patient.
7) Take 2 tylenol for headache every 4 hours.

If you have any of the above symptoms, CALL YOUR DOCTOR RIGHT AWAY.

TORTICOLLIS (Wry neck).
This is a common problem. Sometimes when sleeping in a funny position, you might overstretch one side of your neck. The stretched muscles cramp tightly (spasm) the next day. The pain often starts gradually in the morning. It can be unbearable at its worst. Usually, you can find a comfortable position with the head tilted to the side.

The best treatment is time! Expect the pain and spasm to get better in a day or two. Call your doctor if that doesn't happen. You may get a headache with Torticollis. That should get better fast, also. If you don't get better as planned or if you have any new symptoms, CALL YOUR DOCTOR.

Tylenol

Take two (2) tablets by mouth every four (4) hours as needed for pain or fever.

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
THESE ARE YOUR FOLLOW-UP INSTRUCTIONS!
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Call as soon as possible to make an appointment to see your doctor in as soon as possible. You can reach your doctor by calling their clinic phone number.

AS ALWAYS, YOU ARE THE MOST IMPORTANT FACTOR IN YOUR RECOVERY. Please follow the instructions above carefully. Take your medicines as prescribed. Most important, see a doctor again as discussed. If you have problems that we have not discussed, CALL OR VISIT YOUR DOCTOR RIGHT AWAY. If you can't reach your doctor, return to the Emergency Room.

"I UNDERSTAND THE INSTRUCTIONS ABOVE AS DISCUSSED IN THE EMERGENCY DEPARTMENT."

_____
Patient or Responsible Person

_____
M.D. or R.N.

SEATBELTS.
There is no doubt that seatbelts save lives. Every day in the Emergency Department we see how people without seatbelts are more severely hurt. We always buckle-up! Please do the same!

(c)LOGICARE 1986, 1989. Page 1. last page
MEDICAL RECORDS

THOMAS JEFFERSON UNIVERSITY HOSPITAL
DEPARTMENT OF RADIOLOGY
PRELIMINARY REPORT

03 NOV 3

☐ IN PATIENT
☒ OUTPATIENT
PATIENT'S NAME: Revak, Robert    PT. NO. 850725
PHYSICIAN: Cauler    # TO BE CALLED: 6840
EXAM: c-spine / CXR    DATE: 4/2/97

☐ Normal     ☐ No Interval Change
☐ NAD        ☐ Old films NOT available for comparison

CXR- NAD
c-spine- no fx
nl alignment

RADIOLOGIST

| REPORT CALLED | BY | DATE | TIME | AM/PM | TO WHOM |



THOMAS JEFFERSON UNIVERSITY HOSPITAL
CLINICAL LABORATORIES
DIRECTOR, REX B. CONN, M.D.

```
EMERGENCY DEPARTMENT              PATIENT REVAK,ROBERT
JOSEPH ZECCARDI, M.D.
1ST FLOOR MAIN BLDG               AGE  56Y      SEX  M
PHILA., PA. 19107-5244            MR No.   850725    ENC No. 381269
```

**************** COMPLETE BLOOD COUNT (CBC) ****************

```
                                                          REF RANGE  UNITS
DATE:    04/03/94
TIME:    0059
LOC:     ED
                                                          4-11       B/L
WBC      13.4 H                                           4.5-6.0    T/L
RBC      4.92                                             14.0-17    g/dL
HGB      15.0                                             42-52      %
HCT      44.9                                             80-94      fL
MCV      91                                               27-32      PG
MCH      30.5                                             32-36      g/dL
MCHC     33.5                                             11.5-14.5  %
RDW      12.0                                             140-400    B/L
PLT      277
```

**************** MANUAL DIFFERENTIAL ****************

```
                                                          REF RANGE
DATE:         04/03/94
TIME:         0059
LOC:          ED
                                                          40-73
Neutrophil    44                                          0-9
Band          8                                           20-44
Lymphocyte    45 H                                        3-13
Monocyte      2 L                                         0-6
Eosinophil    1
Platelet Scan NORMAL                                      NORM
```

**************** COAGULATION ****************

```
TEST:    Protime    International      PTT
                    Normalized
                    Ratio
UNITS:   sec                           sec
RANGE:   11.0-13.4  0.79-1.20          20-32

04/03/94
  0059   11.8       0.91               28
```



CONTINUED                    FINAL EPISODE REPORT                         PAGE 1
-----------------------------------------------------------------------
                             EMERGENCY DEPARTMENT REPORT
PATIENT: REVAK,ROBERT        H, L, OR *=ABNORMAL RESULT    PRINTED 04/04/94 01:05
x=NEW DATA THIS REPORT



THOMAS JEFFERSON UNIVERSITY HOSPITAL
CLINICAL LABORATORIES
DIRECTOR, REX B. CONN, M.D.

```
EMERGENCY DEPARTMENT                          PATIENT REVAK, ROBERT
JOSEPH ZECCARDI, M.D.
1ST FLOOR MAIN BLDG                           AGE  56Y      SEX  M
PHILA., PA. 19107-5244                        MR No.  850725   ENC No. 381269
```

```
************************************** CHEM 7 PANEL **************************************

DATE:          04/03/94                                          REF RANGE    UNITS
TIME:          0059
LOC:           ED
                                                                 135-146      mmol/L
Sodium         137                                               3.5-5.0      mmol/L
Potassium      4.2                                               98-109       mmol/L
Chloride       102                                               24-32        mmol/L
CO2            22   L                                            4-16         mmol/L
Anion Gap      13                                                10-26        mg/dL
Urea-N         13                                                60-110       mg/dL
Glucose        130 H                                             0.7-1.4      mg/dL
Creatinine     1.1


************************************ HEALTH SCREEN 12 ************************************

DATE:          04/03/94                                          REF RANGE    UNITS
TIME:          0059
LOC:           ED
                                                                 6.0-8.5      g/dL
Protein        7.1                                               3.3-5.2      g/dL
Albumin        4.2                                               8.5-10.5     mg/dL
Calcium        8.7                                               2.5-4.5      mg/dL
Phosphate      5.1 H                                             130-250      mg/dL
Cholesterol    188                                               60-110       mg/dL
Glucose        130 H                                             3.5-8.0      mg/dL
Urate          6.3                                               0.7-1.4      mg/dL
Creatinine     1.1                                               0.2-1.2      mg/dL
Total Bili     0.7                                               30-150       IU/L
Alk Phos       101                                               110-220      IU/L
LD             205                                               1-36         IU/L
AST(GOT)       21


************************************* SERUM CHEMISTRY ************************************

TEST:          CK       CK-MB      Amylase
UNITS:         IU/L     ng/mL      IU/L
RANGE:         24-195   0.0-4.7    20-120

04/03/94
  0059         213H     0.9         39
```

```
             CONTINUED                   FINAL EPISODE REPORT                     PAGE 2
                                         EMERGENCY DEPARTMENT REPORT
       PATIENT: REVAK, ROBERT
     x=NEW DATA THIS REPORT              H, L, OR *=ABNORMAL RESULT      PRINTED 04/04/94  01:05
```





THOMAS JEFFERSON UNIVERSITY HOSPITAL
CLINICAL LABORATORIES
DIRECTOR, REX B. CONN, M.D.

```
EMERGENCY DEPARTMENT                    PATIENT REVAK,ROBERT
JOSEPH ZECCARDI, M.D.
1ST FLOOR MAIN BLDG                     AGE  56Y       SEX  M
PHILA., PA. 19107-5244                  MR No.  850725    ENC No. 381269
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MISCELLANEOUS DRUGS \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
TEST:    Alcohol
UNITS:   mg/dL
RANGE:   NEG
```

04/03/94
    0059      260H

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* DOCUMENTATION OF PHONED RESULTS \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

04/03/94
    0059    PHONED RESULTS (TOX)
                       CALLED CRITICAL VALUE
                       ALCOHOL TO BARBARA AT 0135 BY RV

```
END OF REPORT              FINAL EPISODE REPORT                     PAGE 3
                           EMERGENCY DEPARTMENT REPORT
PATIENT: REVAK,ROBERT
x=NEW DATA THIS REPORT     H, L, OR *=ABNORMAL RESULT    PRINTED 04/04/94  01:05
```



**Thomas Jefferson University**

Jefferson Associates In Radiology
Consultation Report

111 South 11™ St
Philadelphia, Pa. 19107-5098
(215) 955-6226

REVAK, ROBERT                                                                  1933
OUTPATIENT   M56  (05/27/37)   MR850725

04/03/94 CHEST-PA, CERVICAL SPINE

ORDERED BY: Emergency Department


DIAGNOSIS:

No acute fracture of the cervical spine.

Bilateral apical thickening with small granulomas most consistent
with apical granulomatous disease.  Comparison with old
radiographs is recommended.

COMMENT:

Multiple radiographs of the cervical spine reveal normal alignment
of C1 through C7.  No acute fractures are identified.  There is no
prevertebral soft tissue swelling.  Odontoid view is negative.
Thyroid cartilage is calcified.

A single chest radiograph reveals a normal heart size.  There is
bilateral apical thickening with small calcific densities in the
apex consistent with old apical granulomatous disease.  No
consolidation or edema are identified.



Dictated and signed: Eric Outwater, M.D./Rita S. Patel, M.D.
Mailed: 04/06/94  4:21 pm

APR 8 1994

copies sent to:
Emergency Department
Medical Records

Founded 1824
Jefferson Medical College  ·  Thomas Jefferson University Hospital  ·  College of Graduate Studies  ·  College of Allied Health Sciences

**FINANCIAL**     **EMERGENCY DEPARTMENT**     **THOMAS JEFFERSON UNIVERSITY HOSPITAL**

### TELEPHONE CONSENT FOR THE EMERGENCY TREATMENT OF MINORS

The nature of the condition _____ and the anticipated medical treatment
(State Condition)

of _____ as well as the risk of and reasonable alternatives to such
(Name of Patient)

as well as the risk of such alternatives have been fully explained to and authorized by _____
(Authorized Person)     (Relationship)

via monitored telephone call at _____ AM/PM on _____ _____
(Time)     (Date)     (Telephone Number)

The undersigned attest to their participation in this call and to the fact that consent to treatment was given by the above named person.

Date _____ Hospital Personnel _____

Date _____ Witness _____

### STATEMENT TO PERMIT PAYMENT OF MEDICARE BENEFITS TO PROVIDER

I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration and/or the Medicare Program or its Intermediaries or carriers any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf.

SIGNATURE (Patient or Authorized Representative)     DATE

### CONSENT FOR ROUTINE EXAMINATION AND TREATMENT

I hereby agree and give my consent to any examination or treatment that the attending physician or his/her assistants may deem necessary or advisable during my stay in this Emergency Department. It is understood that this consent does not include operations or any diagnostic procedures beyond routine tests which might be found necessary. At a later date, if such operations or procedures are required during my hospitalization, I understand that I will be asked to give special consent of these operations or procedures.

I also consent to the release of appropriate information for insurance purposes and authorize responsible third parties to pay directly to Hospital insurance benefits due me for services rendered. I also understand I am responsible for any unpaid balance due Hospital.

*R. Margaret Revak*                                                         *BR*
SIGNATURE OF PATIENT OR AUTHORIZED REP.     DATE     WITNESS     INTERVIEWER

++ DEMOGRAPHIC INFORMATION ++

MED REC#: 00850725   ENC#: 381269   ADMIT DATE: 04/03/94   ADMIT TIME: 00:49

```
PATIENT INFORMATION      GUARANTOR INFORMATION    EMPLOYER INFORMATION

REVAK, ROBERT            SELF
143 RITNER ST

PHILA      PA
ZIPCODE: 19148 -
TELE: 215 563 7793
SOC SEC#:
SEX: M                   RELAT: SELF
DOB: 05/27/1937                                   ------ HMO/WC INFO ------
FIN CLS: A -SELF PAY                              APPRVL CODE:
                                                  APPRVL NM:
                                                  APPRVL PHONE:
```

++ INSURANCE INFORMATION ++

APR 8 1994
MEDICAL RECORD

REG DATE: 04/03/94  REG TIME: 00:57      SIGNON NAME: ROGERS, BARBARA

*Not on EVS*