Thomas Jefferson University Hospital
Jefferson Health System

THOMAS JEFFERSON UNIVERSITY HOSPITAL

# EMERGENCY DEPARTMENT FINANCIAL FORM

**Consent To Examination and Treatment:** I hereby consent to any medical care that Thomas Jefferson University Hospital's staff deem appropriate for the diagnosis and treatment of my emergency medical condition. I understand that Thomas Jefferson University Hospital is an academic medical center and that students and trainees will be participating in my care, under appropriate supervision.

**Financial Agreement:** I, in consideration of the services to be rendered, acknowledges the obligation to pay the hospital and the physician in accordance with its regular rates and terms and, if the account is referred to an attorney or agency for collection, to pay attorney(s) fees and collection expenses. I agree to be responsible for charges not covered by insurance. It is understood that the obligation to pay the hospital and the physician may not be deferred for any reason, including pending legal actions against other parties to recover medical costs.

**Assignment of Benefits:** I hereby authorize payment directly to Thomas Jefferson University Hospital and/or any physician(s) providing medical services, for all hospital and medical benefits payable by my insurance carrier(s).

**Acknowledgement of Receipt of Notice of Privacy Practices and Authorization to Release Health Information:** By signing below, I acknowledge receipt of the Notice of Privacy Practices of Thomas Jefferson University ("TJU"), Thomas Jefferson University Hospitals, Inc. ("TJUH") and Jefferson University Physicians ("JUP") (collectively referred to as "Jefferson"). In addition, by signing below, I authorize Jefferson to disclose my health information in conformance with the provisions of the Notice of Privacy Practices.

Signature: ____________________ Date: 12-30-03

**Inability to Obtain Acknowledgement:** To be completed only if no signature is obtained. If it is not possible to obtain the individual's acknowledgement, describe the reasons why the acknowledgement was not obtained:

✓ Individual Refused To Sign ____ Communication Barriers Prohibited Obtaining The Acknowledgement
____ An Emergency Situation Prevented Us From Obtaining The Acknowledgement ____ Other ________

Signature of Jefferson Representative: [signature] Date: 12-30-03

**For Medicare Patients:** I have read the above and fully understand its content. I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct.

Signature (Patient or Authorized Representative) ____________________ Relationship to Patient ____________________

Signature of Witness: [signature] Date: 12-30-03

++ Demographic Information ++

Med Rec #: 00850725 Account #: 022933958 Admit Date: 30Dec2003 Time: 16:33

| Patient Information | Guarantor Information | Employer Information | Approvals |
|---|---|---|---|
| REVAK, Robert<br>143 RITNER ST<br>PHILA ,PA<br>Zipcode: 19148<br>Tele: (215)563-7793<br>Soc Sec #:<br>DOB: 05/27/1937 Sex: M<br>Fin Cls:S SELF PAY | REVAK , Robert<br>143 RITNER ST<br>PHILA , PA<br>19148<br>(215)563-7793<br>Relat: SE | , | W/C Apprve:<br>I/F?<br>W/C Name:<br>W/C Phone:<br>HMO Apprve:<br>HMO Name:<br>HMO Phone:<br>HMO Code: |

++ Insurance Information ++

Plan #1 Name
SELF PAY INSURED TJUH
Group #: Pol #:N/A Grp Name/Employer:
Subscriber: REVAK , Robert Eff Date:

Plan #2 Name
Group #: Pol #: Grp Name/Employer:
Subscriber: , Eff Date:

Plan #3 Name
Group #: Pol #: Grp Name/Employer:
Subscriber: , Eff Date:

RECEIVED
JAN 0 6 2004
Health Information Management

MR# 00850725 Reg Date: 12/30/2003 Registrar: EVANSON, WISTER

CLINICAL FORM ONE EMERGENCY DEPARTMENT THOMAS JEFFERSON UNIVERSITY HOSPITAL

HPI: ONSET ☐ PROVOKE ☐ QUALITY ☐ RADIATION ☐ SEVERITY ☐ TIME ☐

TIME SEEN / PHYSICIAN NAME

CHIEF COMPLAINT:

☐ VITAL SIGNS, NURSES NOTES, MEDICATIONS/HERBS AND ALLERGIES REVIEWED.
☐ COMPLETE HISTORY UNOBTAINABLE DUE TO
☐ PRESENT HISTORY TAKEN FROM Pt/Medics
☐ NO OTHER SOURCE FOR HISTORY AVAILABLE.

REVIEW OF SYSTEMS: CONSTITUTIONAL: ☐ NO MALAISE ☐ NO FEVER; E.N.T. ☐ NO SORE THROAT ☐ NO EAR PAIN; EYES: ☐ NO VISION CHANGE; PULMONARY: ☐ NO COUGH ☐ NO SOB; CARDIAC: ☐ NO PALPITATIONS ☐ NO CHEST PAIN; GI: ☐ NO NAUSEA ☐ NO VOMITING; GU: ☐ NO DYSURIA ☐ NO FREQUENCY; MSKELETAL/EXT.: ☐ NO SWELLING; HEMA: ☐ NO BLEEDING ☐ NO BRUISING; NEURO: NO WEAKNESS IN: ☐ ARMS ☐ LEGS; ☐ REMAINDER OF ROS NONCONTRIBUTORY

PAST HISTORY: / SOCIAL HISTORY: SMOKER / PKS / ETOH / IVDU / FAMILY HISTORY:

PHYSICAL: GENERAL: ☐ WELL DEVELOPED ☐ WELL NOURISHED ☐ NORMO CEPHALIC ATRAUMATIC; E.N.T. ☐ HEARING GROSSLY INTACT ☐ PINK ☐ MOIST; EYES: ☐ VISION GROSSLY NORMAL ☐ NO ICTERUS; NECK: ☐ NO NECK SWELLING ☐ NO TENDERNESS; SKIN: ☐ NO DIAPHORESIS

CARDIOVASCULAR: ☐ REG. RATE ☐ NO MURMUR; RESPIRATORY - NORMAL TO: ☐ INSPECTION ☐ AUSCULTATION; ABDOMEN: ☐ NO TENDERNESS ☐ NORMAL SOUNDS ☐ NO ORGANOMEGALY; G.U. ☐ GROSSLY NORMAL EXTERNAL GENITALIA; RECTAL HEM: ☐ POSITIVE ☐ NEGATIVE; BACK: NT

NEURO: ☐ ORIENTED X3; MUSCULOSKELETAL: ☐ NO TENDERNESS ☐ NO LEG EDEMA; NODES: ☐ NO CERVICAL ADENOPATHY; PELVIC: VAG. ☐ NO BLOOD ☐ NO DISCHARGE; CERVIX ☐ NO LESIONS ☐ NO TENDERNESS ☐ NO DISCHARGE; OS ☐ CLOSED; UTERUS ☐ NORMAL SIZE ☐ NORMAL CONTOUR; ADNEXA ☐ NO MASS ☐ NO TENDERNESS

ATTENDING INITIAL ☐ PATIENT SEEN AND EXAMINED BY ME ☐ HISTORY OBTAINED ☐ CHART REVIEWED

DIFFERENTIAL DX: Syncope

CONSULTATION / DISCUSSION WITH CONSULTANT:

TIME REQUESTED

RESPONSE TO TREATMENT:

FINAL IMPRESSION: ETOH

DISPOSITION PLAN:

REVIEWED CASE WITH ATTENDING DOCTOR

PMD: ☐ NOTIFIED / DISCUSSION:

MEDICAL RECORDS REVIEWED: ☐ E.D. ☐ COMPUTER ☐ HOSPITAL

MEDICAL TREATMENT PLAN

1. 2. 3. 4.

PEAK FLOW ☐ PRE ☐ POST

☐ ABG by M.D. AND INTERPRETATION

| PH | PO2 | PCO2 |
|---|---|---|
| HCO3 | % SAT | FIO2 |

PULSE OXIM. % ☐ NORMAL ☐ ABNORMAL; ETCO2 ☐ NORMAL ☐ ABNORMAL; MONITOR: INDICATION; RHYTHM; HR; PR; QRS; ST; AXIS; COMPARISON WITH PRIOR EKG: ☐ NO CHANGES ☐ CHANGES AS NOTED ☐ NONE AVAILABLE; INTERPRETATION:; ATTENDING INIT.; MONITOR RESULTS

EtOH 231

Treatment Area: ____________
Name: REVAK, Robert
Med Rec #:00850725 Account #:022933958
Age: 66 DOB: 27May1937 Sex: M Arr Dt: 30Dec2003 Tm: 16:33
Chief Complaint: FALL
Allergies: NKDA

TMP: RSP: PLSE: BP: / PULSE OX:
Triage Dt: Time: Severity Index: 0

Procedure Note Attached: Y / N Critical Care: Y / N Min: ________

| RESIDENT SIGNATURE | SIGNED OUT TO: AT: AM PM | ATTENDING SIGNATURE | SIGNED OUT TO: AT: AM PM | KEY PORTION OF PROCEDURE/SERVICE PERFORMED BY ME OR IN MY PRESENCE ☐ YES ☐ NO |
|---|---|---|---|---|
| RESIDENT SIGNATURE | SIGNED OUT TO: AT: AM PM | RN SIGNATURE | RN SIGNATURE | ATTENDING SIGNATURE / SIGNED OUT TO: AT: AM PM |

Thomas Jefferson University Hospital
Jefferson Health System
EMERGENCY DEPARTMENT
PHYSICIAN NOTE
0018010397T
MR#
ENC#
NAME
TIME
PHYSICIAN NOTE / CONSULT / HISTORY AND PHYSICAL / ORDERS
IN THIS SPACE
DO NOT WRITE OR PRINT
BINDING MARGIN
CBC
SMA7
ECG
0016-01 Rev. 3/97
PHYSICIAN'S SIGNATURE

**Thomas Jefferson University Hospital**
*Jefferson Health System*
**Emergency Department Trauma Flow Sheet**

NAME Revak, Robert G.
MR # 0370670 ENC # 0512837
00850725 022933958

| Date: 12/30/03 | Time of prenotification: ☒ HASTE 1615 ☐ JeffStat ☐ Phone ☐ None | Time of trauma team activation: ☐ Code 1 ☐ Code 9 ☐ Spinal Cord Trauma Transport | Arrived from: ☒ scene (provider) ☐ transfer from; Report from referring institution received: (time); Phone Number:; RN: | Time of incident:; Time of arrival: 1625 |
|---|---|---|---|---|

**Prenotification/Transfer Report**

witnessed fall by son ⊖ LOC, ⊖ ETOH
fell from standing position A&O x 4 in field 1161

**Prehospital Data**

**Arrived via:** ☒ Fire Rescue Medic 21 ☐ Trauma Alert ☒ Trauma Transport ☐ Ambulance ☐ Helicopter ☐ Police ☐ JeffStat ☐ Walk in

**Mechanism of Injury:** ☐ MVC est speed ☐ Driver ☐ Passenger ☐ Front Seat ☐ Back Seat ☐ Estimated Speed ☐ Fatality in same vehicle ☐ Steering wheel deformity ☐ Rollover ☐ Ejection ☐ Extrication ___ min ☐ Extensive intrusion into passenger compartment
☐ Motorcycle ☐ Bicycle ☒ Fall Standing feet ☐ Pedestrian struck ☐ thrown ___ feet
☐ GSW ☐ Stabbing ☐ Assault ☐ Burn ☐ Electrical ☐ Thermal ___ % ☐ Other

**Use of safety devices:** ☐ 3 point seatbelt ☐ lap belt ☐ carseat ☐ air bag deployment ☐ helmet ☐ other

**Prehospital treatment:**

**Immobilization:** ☒ Longboard ☒ C-collar ☐ CID ☐ KED
**Airway:** ☐ Intubation ☐ Nasal airway ☐ Oral airway ☐ Cricothyrotomy ☐ Bag Valve Mask
**O2:** ☐ Nonrebreather ☐ NC ___ L/min ☒ Room Air
**IV access:** ___ G ___ (site) ___ G ___ (site) ___ G ___ (site); PH fluid intake ___ cc
**Other:** ☐ Needle decompression ☐ CPR ☐ Splint ☐ Hare traction ☐ MAST trousers

**Vitals:** P 65 Unassisted RR 20 BP 107/64 O2 sat 97% Initial pain scale 8/10

**Demographics**

**Race:** ☒ Caucasian ☐ African American ☐ Asian ☐ Hispanic ☐ Native American ☐ Other:
**Age:** 66 y/o Male
**PMH:** ☒ None ☐ Unknown ☐ HTN ☐ Diabetes ☐ CAD ☐ COPD ☐ Seizures ☐ Asthma ☐ Other:
**PSH:** ☐ Previous trauma ☐ Other:
**Allergies:** ☒ NKDA ☐ Unknown ☐ PCN ☐ Sulfa ☐ IVP dye ☐ Other:
**Medications:** ☒ None ☐ Unknown
**Last Tetanus:** Unknown **LMP:** ☐ n/a ☐
**Weight: (burn and peds)**

**Trauma Team Response**

| | Name | Arrival Time | Consultants | Time of consult | Name | Arrival Time |
|---|---|---|---|---|---|---|
| ED Attending | | 1625 | NSU | | | |
| ED PGY 2/3 | | | Ortho | | | |
| Trauma Attending | | | Hand | | | |
| Trauma PGY4/5 | | | PM&R | | | |
| OR | | | ENT | | | |
| Anesthesia | | | Other: | | | |
| Social services | | | | | | |
| Chaplain | | | | | | |

**Thomas Jefferson University Hospital**
Jefferson Health System
**Emergency Department Trauma Flow Sheet**

NAME Rivak, Robert G.
MR #
ENC #
DOB 5/28/37
MR-00850725 022933958

## Primary Survey by MD

Airway: ☑ patent ☐ oral airway ☐ nasal airway ☐ intubated ☐ oral ☐ nasal ______ cm at lip
Breathing: ☑ spontaneous ______ /min ☐ assisted ______ / min
O2: ☐ Nonrebreather ☐ NC ______ L/min ☑ Room Air
Circulation: ☑ Carotid pulse present ☑ Femoral pulse present ☑ Radial pulse present
Skin: ☑ pink ☑ warm ☐ dry ☐ pale ☐ cool ☐ moist
Cap refill: ☐ < 2 sec ☐ > 2 sec

R L L R
lac to chin
hem[illegible]

## Secondary Survey by MD

Head: ☑ intact ☐ deformity
Pupils: ☑ equal ☐ unequal R 4 (size) ☑ reactive ☐ nonreactive
L 4 (size) ☑ reactive ☐ nonreactive
TM: R: ☑ clear ☐ blood ☐ intact L: ☑ clear ☐ blood ☐ intact
Nares: R: ☑ clear ☐ blood ☐ CSF L: ☑ clear ☐ blood ☐ CSF
Neck: ☑ intact ☐ deformity ______ ☐ Tenderness ☐ JVD
☐ Tracheal deviation - L R
Chest: ☑ intact ☐ deformity ______ ☐ pain ☐ sub-Q air ☐ crepitus
Breath sounds: R: ☑ present ☐ decreased ☐ absent ☐ wheeze ☐ rales
L: ☑ present ☐ decreased ☐ absent ☐ wheeze ☐ rales
Abd: ☑ soft ☑ nontender ☐ tender ______ ☐ bowel sounds present ☐ distended
☐ rigid
Rectal tone: ☐ normal ☐ decreased ☐ absent
Heme ☐ negative ☐ positive
Pelvis: ☑ stable ☐ unstable
GU: ☐ blood at meatus ☐ scrotal swelling
Extremities: ☑ intact ☐ deformity ______ ☐ pain ______
☐ paresthesia ______
Peripheral pulses: LUE + RUE + LLE + RLE +
Motor strength: LUE 5 RUE 5 LLE 5 RLE 5

## Diagnostics

X-rays: Time started: 1635
☐ Cross table lateral c-spine
☐ CXR
☐ Pelvis
☑ Full c-spine
☐ Thoracic spine
☐ Lumbar spine
☐ Sacral spine
☐ Facial bones
☐ Other:

CT: Time started: 1705
☑ Head
☑ Neck
☐ Chest
☐ Abdomen
☐ Pelvis

MRI: Time started ______
☐ Head
☐ Spine

LABS: Time sent: 1630
☐ ABG ☑ CBC ☑ Chem 7 ☐ Coags ☐ Cr ☑ ETOH
☐ T&S ☐ T&C
☐ UA ☐ UDS ☐ Urine Pregnancy
☐ Other

Restraints: ☐ See Restraint Flowsheet

## Procedures

| Procedures | | Time |
|---|---|---|
| IV access 18g | Site: LAC Size: 18g | 1630 |
| IV access | Site: Size: | |
| Central Line | Site: Size: | |
| Foley | Size: | |
| NG/OG | Size: | |
| Arterial Line | Site: Size: | |
| Intubation | by ☐ ED ☐ Anesthesia ☐ Trauma size ______ cm at lip | |
| Vent | Time Mode TV Rate FiO2 Peep / Time Mode TV Rate FiO2 Peep | Time Mode TV Rate FiO2 Peep |
| Cricothyrotomy | by: | |
| Chest tube ☐ Waterseal ☐ Suction | R L | |
| Needle decompression | R L | |
| Pericardiocentesis | by: | |
| Thoracotomy | by: | |
| F.A.S.T | (+) (-) | |
| DPL | by: (+) (-) | |
| Bair hugger | | |

**Thomas Jefferson University Hospital**

*Jefferson Health System*

**Emergency Department Trauma Flow Sheet**

NAME

MR # ENC #

DOB

MR-00850725 022933958

| Time | Temp | HR | Unassisted RR | BP | Pulse ox/RA | Pain 1-10 | Pupils L/R | GCS Eye | GCS Verbal | GCS Motor | GCS Total | MOTOR LOWER LEFT | MOTOR LOWER RIGHT | MOTOR UPPER LEFT | MOTOR UPPER RIGHT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1625 | | 45 | 20 | 107/64 | 97% | 0 /10 | 4 / 4 | 4 | 5 | 6 | 15 | 5 | 5 | 5 | 5 |
| 1645 | | 109 | 18 | 127/65 | 96% | 0 /10 | 4 / 4 | 4 | 5 | 6 | 15 | 5 | 5 | 5 | 5 |
| 1720 | | 72 | 20 | 107/62 | 97% | 0 /10 | 4+ / 3+ | 4 | 5 | 6 | 15 | 5 | 5 | 5 | 5 |
| 1810 | | 65 | 20 | 105/65 | 98% | 0 /10 | 3 / 4 | 4 | 5 | 6 | 15 | 5 | 5 | 5 | 5 |
| 1930 | | 68 | 20 | 110/60 | 98% | /10 | 3 / | 4 | 5 | 6 | 15 | 5 | 5 | 5 | 5 |
| | | | | | | /10 | | | | | | | | | |
| | | | | | | /10 | | | | | | | | | |
| | | | | | | /10 | | | | | | | | | |
| | | | | | | /10 | | | | | | | | | |
| | | | | | | /10 | | | | | | | | | |
| | | | | | | /10 | | | | | | | | | |
| | | | | | | /10 | | | | | | | | | |
| | | | | | | /10 | | | | | | | | | |
| | | | | | | /10 | | | | | | | | | |
| | | | | | | /10 | | | | | | | | | |
| | | | | | | /10 | | | | | | | | | |
| | | | | | | /10 | | | | | | | | | |
| | | | | | | /10 | | | | | | | | | |
| | | | | | | /10 | | | | | | | | | |
| | | | | | | /10 | | | | | | | | | |
| | | | | | | /10 | | | | | | | | | |
| | | | | | | /10 | | | | | | | | | |

| Intake: Time | Amount hung | Amount infused | Blood product | PO | Output: Urine | NG | CT | Emesis |
|---|---|---|---|---|---|---|---|---|
| | | | | | 800cc. | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | | | | | | | | |

**GCS**
EYES OPEN
SPONTANEOUS (4) [circled]
TO VOICE 3
TO PAIN 2
NONE 1
VERBAL RESPONSE
ORIENTED (5) [circled]
CONFUSED 4
INAPPROPRIATE WORDS 3
INCOMPREHEN 2
NONE 1
MOTOR RESPONSE
OBEY COMMAND (6) [circled]
LOCALIZES PAIN 5
WITHDRAWS (PAIN) 4
FLEXION (PAIN) 3
EXTENSION (PAIN) 2
NONE 1
MOTOR
S - STRONG
M - MODERATE
W - WEAK
A - ABSENT
P - PARALYZED
T - INTUBATED

**Medications**

| Medication/Dose | Time | Medication/Dose | Time |
|---|---|---|---|
| dT lot # U1011AA expiration 8/26/05 | 1635/[illegible] | MVI IV | 1645 |
| | | Thiamine 100mg IV | 1645 |
| | | Folate 1gm IV | 1645 |
| | | NSS TL IV | 1645 |
| | | | |
| | | | |
| | | | |
| | | | |

**Thomas Jefferson University Hospital**
*Jefferson Health System*
**Emergency Department Trauma Flow Sheet**

Son: 267-254-7935

NAME
MR # ENC #
DOB
00850725 02293395

**Narrative**

1625 Pt arrived via medic 21 as Trama Transport. witnessed fall from standing position (+) LOC (+) ETOH Pt c longboard + c-collar in place. DR Griswald @ bedside to eval. Pt AAOx3 speech c/A to quest. Pt admits to 6-7 beers. GCS 15 strong motor strength b/l upper & lower ext. VSS. 18g PIV placed (L) AC — [initials]
1630 - longboard removed labs sent. — [initials]
1635 Cspine xrays done. — [initials]
1650 Report given to Betty D. RN — [initials]
1700 Pt to CT scan of head via EDT — [initials]
1730 - Back from CT, [illegible]. [illegible] aware [illegible] [illegible] — [initials]
1750 - [illegible] placed 3 stitches, under sterile conditions. [illegible] given, applied to wound. Pt. tol well. — [initials]
1752 - Pt is AOx3 MAE'S. [illegible] flat until clearance. — [initials]
1755 - Pt. sat up twice, instructed that he must lie flat. Pt. [illegible] + [illegible] given (+) [illegible] while lying down. — [initials]
1930 report recd, pt awaits 2° xray. Son at BS

☐ continued on additional nursing note

**RN Signatures**

| Initials | Signature |
|---|---|
| [initials] | [signature] |
| [initials] | [signature] |
| [initials] | [signature] |

**Family Notification**

Name: Margaret
Relationship: Wife
Telephone number: 215-408-7793
Notified by: [signature]

**Disposition**

☐ Admit to ______ at ______
☐ Report called to ______ at (time) ______
☒ Home @ ______
☐ Discharge instructions reviewed
☐ Transfer to ______
☐ Morgue
☐ Valuables (See Patient Possession and Valuables checklist)
Discharge vital signs:
P ____ RR ____ BP ____ Pain Scale ____ /10
GCS ___ + ___ + ___ = ___

Thomas Jefferson University Hospital
Jefferson Health System®

*0138DD.04D3*

MR# 850725
LW Acct#
Name Revak, Robert
7-1

Complete or Imprint with Address-O-Plate

# Procedure Note

Procedure Date 12/30/03 Time 8p

Procedure: chin lac repair

Practitioner(s): A. Parikh, S. Griswold

Site: chin

Indications: 1cm lac

Consent Signed and On Chart ☐ Yes ☐ No ☑ Not Applicable

Pre-Procedure Preparations: ~2 NS irrigation, betadine prep, sterile technique

Anesthesia/Sedation ☐ IV ☑ Local ☐ IM ☐ P.O. ☐ Agent:
3cc of 1% lido c epi

Findings/Outcome (Pressure readings, if applicable)
Ø

Complications
Ø - pt tol proc well

Specimen sent ☐ Yes ☐ No X-ray Confirmation Required ☐ Yes ☐ No

Notes
3 sutures c 6.0 Ethilon to chin

Teaching physician must document the procedure on this form, in a progress note, or on the consultation report.

[signature] 12/30/03 6p
Resident/Practitioner Signature Date Time

By my signature I ceertify that I personaly performed or directly super[vised] the above procedure.

[signature] 12/30/0[3]
Teaching/Practitioner Signature Date

IMPORTANT: DO NOT WRITE IN MARGINS

008300.0996

THOMAS JEFFERSON UNIVERSITY HOSPITAL
*Jefferson Health System*
DEPARTMENT OF RADIOLOGY
PRELIMINARY REPORT

D.O.B. 5-27-37

☐ OUTPATIENT ☐ IN PATIENT ROOM # T1

PATIENT'S NAME: Revak, Robert PT. NO. 850725

PHYSICIAN Glaser # TO BE CALLED

EXAM C-spine DATE 12-30-3

☐ Normal ☐ No Interval Change

☐ NAD ☐ Old films NOT available for comparison

Trauma

RADIOLOGIST

| REPORT | BY | DATE | TIME AM PM | TO WHOM |
|---|---|---|---|---|
| | | | | |

- slight asymmetry of lateral masses of C1 on C2, No ev of fx/listhesis/ PVSTS C2-C7, Rec repeat odontoid. DDD Δ's most severe C4-6

RD

0083-00 (REV. 9/96) WHITE COPY - TO PATIENT'S FLOOR. YELLOW COPY - ATTACH TO REQUEST. PINK COPY - KEEP IN CORE



THOMAS JEFFERSON UNIVERSITY HOSPITAL
CLINICAL and ANATOMIC PATHOLOGY / 215-955-0997
DIRECTOR, FRED GORSTEIN, M.D.

EMERGENCY DEPARTMENT
THEODORE CHRISTOPHER MD
1ST FLOOR MAIN BLDG
PHILA PA 19107-5244

PATIENT REVAK, ROBERT
AGE 66Y SEX M DOB: 05/28/1937
MR No. 850725 ACCT No. 22933958

******************************** COMPLETE BLOOD COUNT (CBC) ********************************

DATE: 12/30/03
TIME: 1646
LOC: ED

| | | REF RANGE | UNITS |
|---|---|---|---|
| WBC | 8.9 | 4-11 | B/L |
| RBC | 4.91 | 4.5-6.0 | T/L |
| HGB | 15.4 | 14.0-17 | g/dL |
| HCT | 45.2 | 42-52 | % |
| MCV | 92 | 80-94 | fL |
| MCH | 31.4 | 27-32 | pg |
| MCHC | 34.1 | 32-36 | g/dL |
| RDW | 13.0 | 11.5-14.5 | % |
| PLT | 248 | 140-400 | B/L |
| MPV | 10.4 | | fL |

******************************** DIFFERENTIAL, AUTOMATED ********************************

DATE: 12/30/03
TIME: 1646
LOC: ED

| | | REF RANGE | UNITS |
|---|---|---|---|
| Neut | 54.1 | 40-73 | % |
| Lymph | 37.7 | 20-44 | % |
| Mono | 6.4 | 3-13 | % |
| Eos | 1.2 | 0-6 | % |
| Baso | 0.6 | 0-3 | % |
| Abs Neut | 4.84 | 1.7-7.0 | B/L |
| Abs Lymph | 3.37 | 1.0-4.0 | B/L |
| Abs Mono | 0.57 | 0.2-0.9 | B/L |
| Abs Eo | 0.11 | 0.1-0.5 | B/L |
| Abs Baso | 0.05 | 0-0.2 | B/L |

EMERGENCY DEPARTMENT REPORT

PATIENT: REVAK, ROBERT
x=NEW DATA THIS REPORT H, L, OR *=ABNORMAL RESULT PRINTED 12/31/2003 00:13

0480-05 (REV. 1/03)



Thomas Jefferson University Hospital
*Jefferson Health System*

THOMAS JEFFERSON UNIVERSITY HOSPITAL
CLINICAL and ANATOMIC PATHOLOGY / 215-955-0997
DIRECTOR, FRED GORSTEIN, M.D.

EMERGENCY DEPARTMENT
THEODORE CHRISTOPHER MD
1ST FLOOR MAIN BLDG
PHILA PA 19107-5244

PATIENT REVAK,ROBERT
AGE 66Y SEX M DOB: 05/28/1937
MR No. 850725 ACCT No. 22933958

************************************ COAGULATION ************************************

| TEST: | | Protime | International Normalized Ratio | PTT |
|---|---|---|---|---|
| UNITS: | | sec | | sec |
| RANGE: | | 13.4-15.8 | 0.88-1.12 | 22-36 |
| 12/30/03 | 1646 | 14.4 | 0.98 | 30 |
| | | NVMS | VWUR | RHT7 |

************************ BASIC METABOLIC PANEL/CHEM 7 PANEL ************************

| DATE: | 12/30/03 | | |
|---|---|---|---|
| TIME: | 1646 | REF RANGE | UNITS |
| LOC: | ED | | |
| Sodium | 136 | 135-146 | mmol/L |
| Potassium | 3.8 | 3.5-5.0 | mmol/L |
| Chloride | 99 | 98-109 | mmol/L |
| CO2 | 25 | 24-32 | mmol/L |
| Anion Gap | 12 | 4-16 | mmol/L |
| Urea-N | 9 L | 10-26 | mg/dL |
| Glucose | 110 | 60-110 | mg/dL |
| Creatinine | 0.7 | 0.7-1.4 | mg/dL |
| Calcium | 9.2 | 8.5-10.5 | mg/dL |

---FOOTNOTES---

NVMS PLEASE NOTE THE NEW REFERENCE RANGE FOR THIS RESULT.
RHT7 RECOMMENDED THERAPEUTIC RANGE IS 68 TO 88 SECONDS.
VWUR THERAPEUTIC RANGE OF 2.0 TO 3.5 VARIES WITH THE UNDERLYING REASON FOR WARFARIN (COUMADIN) THERAPY.

CONTINUED FINAL EPISODE REPORT PAGE 2

EMERGENCY DEPARTMENT REPORT
PATIENT: REVAK,ROBERT
x=NEW DATA THIS REPORT H, L, OR *=ABNORMAL RESULT PRINTED 12/31/2003 00:13

0480-05 (REV. 1/03)



THOMAS JEFFERSON UNIVERSITY HOSPITAL
CLINICAL and ANATOMIC PATHOLOGY / 215-955-0997
DIRECTOR, FRED GORSTEIN, M.D.

EMERGENCY DEPARTMENT
THEODORE CHRISTOPHER MD
1ST FLOOR MAIN BLDG
PHILA PA 19107-5244

PATIENT REVAK, ROBERT

AGE 66Y SEX M DOB: 05/28/1937
MR No. 850725 ACCT No. 22933958

---

********************************* MISCELLANEOUS DRUGS *********************************

TEST: Alcohol
UNITS: mg/dL
RANGE: NEG

..........................................................................................

12/30/03
1646 231*

END OF REPORT FINAL EPISODE REPORT PAGE 3

---

EMERGENCY DEPARTMENT REPORT

PATIENT: REVAK, ROBERT
x=NEW DATA THIS REPORT H, L, OR *=ABNORMAL RESULT PRINTED 12/31/2003 00:13

0480-05 (REV. 1/03)

850725 12/30/2003 21:02 [illegible]OBERT NEVAK TJU EMERGENCY DEPT

66 years Male

Rate | PR | QRSD | QT | QTc

.....Normal P axis, PR, rate & rhythm

..........P > 0.25 mV

. low volt.. P & QRS axis rightward

... T waves -.10 mV I,aVL,V5,V6

REASON

FAI

Requested by:

MD

AXIS

P

QRS

T

ABNORMAL ECG

PRELIMINARY-MD MUST REVIEW

I aVR V1 V4

II aVL V2 V5

III aVF V3 V6

II

V1

V5

Speed: 25 mm/sec Limb: 10 mm/mV Chest: 10 mm/mV

OBERT NEVAK

Male

TJU EMERGENCY DEPT

Room: TI
Oper: FLD

Normal P axis, PR, rate & rhythm
.....P > 0.25 mV
...Low volt., P & QRS axis rightward
...I waves -.10 mV I,aVL,V5,V6

REASON
FALL

Requested by:
MD

AXIS
P
QRS
T

ABNORMAL ECG -

PRELIMINARY-MD MUST REVIEW

aVR V1 V4
aVL V2 V5
aVF V3 V6

KENDALL MEDITRACE

**Thomas Jefferson University Hospital - Emergency Department**
**111 S. 11th Street Philadelphia, PA 19107**
**(215) 955-6840**
**Patient: Robert REVAK, Date: 12/30/2003 Time: 21:58**
**Discharge Instructions** **medical record #00850725**

IMPORTANT: We examined and treated you today on an emergency basis only. This was not a substitute for, or an effort to provide, complete medical care. In most cases, you must let your doctor check you again. Tell your doctor about any new or lasting problems. We cannot recognize and treat all injuries or illnesses in one Emergency Department visit. If you had special tests, such as EKG's or X-rays, we will review them again within 24 hours. We will call you if there are any new suggestions. After you leave, you should **follow the instructions below.**

You were treated today by Sharon Griswold, MD.
**Patients with HMO must obtain approval from their primary care physician prior to any follow-up.**

**We are required by state and federal law to report certain conditions and diagnoses to the appropriate officials. If you have any questions rearding this, please ask your physician or nurse.**

**THIS INFORMATION IS ABOUT YOUR FOLLOW UP CARE**
Please return to the Emergency Department in 5 days FOR SUTURE REMOVAL.

Call as soon as possible to make an appointment to see your doctor in IF NEEDED. You can reach your doctor by calling their clinic phone number.

**THIS INFORMATION IS ABOUT YOUR DIAGNOSIS**
**VASO-VAGAL SYNCOPE** (Fainting,) or **ORTHOSTATIC HYPOTENSION**
Fainting happens when your blood pressure falls for a short time. It comes back up to normal after fainting. Fainting is more likely if you are tired or if you are low on fluids (dehydrated). This can happen with infections and other illnesses. It can also happen when one changes positions quickly. It will not harm you unless you fall when you faint and hit something hard.

**Do the following:**
- Sit down or lie down if you feel faint or dizzy.
- Sit or stand up slowly.
- Drink extra liquids. Try to drink 8 large glasses of water or juice each day.

**Call your doctor if you have:**
- a lot of fainting.
- any new or severe symptoms.

**HEAD INJURY**
A head injury shakes up the brain inside its protective skull. Examination of your brain and nerves was normal. Sometimes, though, problems can show up later.

**Follow these instructions:**
- Rest quietly for about 1 day.
- Eat simple foods, such as soup and other liquids.



**Thomas Jefferson University Hospital - Emergency Department**
**111 S. 11th Street Philadelphia, PA 19107**
**(215) 955-6840**
**Patient: Robert REVAK, Date: 12/30/2003 Time: 21:58**

- **Do Not Drink Alcohol!**
- Have someone else watch you for the problems listed below (someone who does not have an injured head).
- Have them wake you to check for symptoms every 2 hours.

**Call your doctor if you have:**

- repeated or persistent vomiting.
- headache which worsens or lasts more than 1 day.
- unequal pupils (one large and one small).
- difficulty seeing.
- difficulty walking or using your arms.
- dizziness, confusion, or loss of consciousness.
- difficulty being awakened.
-  bleeding or drainage of fluid from the nose or ears.
- slurred speech.
- new or worsening neck pain.
- any new or severe symptoms.

IF YOU CANNOT REACH YOUR DOCTOR, CALL OR RETURN TO THE EMERGENCY DEPARTMENT.

WOUND CARE (with stitches).
The laceration was closed with stitches. You have 5 stitches. This (these) should be removed in 5 days.

**Do the following:**

- Keep the dressings clean and dry for 24 hours.
- After 24 hours gently wash the wound daily with soap and water.
- Keep the wound above the level of your heart, if you can, for the first few days. This will reduce throbbing and help healing.

**Call your doctor if you have:**

- increased redness, swelling or pain.
- pus, drainage or red streaks from your wound.
- fever.
- any new or severe symptoms.

YOU ARE THE MOST IMPORTANT FACTOR IN YOUR RECOVERY. Follow the above instructions carefully. Take your medicines as prescribed. Most important, see a doctor again as discussed. If you have problems that we have not discussed, **call or visit your doctor right** away. If you cannot reach your doctor, return to the Emergency Department.

**"I have received this information and my questions have been answered. I have discussed any challenges I see with this plan with the nurse or physician."**

Robert Revak Son

**Thomas Jefferson University Hospital - Emergency Department**
**111 S. 11th Street Philadelphia, PA 19107**
**(215) 955-6840**
**Patient: Robert REVAK, Date: 12/30/2003 Time: 21:58**

Robert REVAK or Responsible Person

**Robert REVAK or Responsible Person has received this information and tells me that all questions have been answered.**

RN or MD Signature