1

```
 1          IN THE UNITED STATES DISTRICT COURT
 2      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 3                       - - -
 4   ROBERT REVAK and               :
     MARGARET REVAK                 :
 5                                  :
              v.                    :
 6                                  :
     INTERFOREST TERMINAL           :
 7   UMEA AB                        :
              and                   :
 8   WAGENBORG SHIPPING B.V.  :  NO. 03-4822
 9                       - - -
10              September 26, 2006
11                       - - -
12              Oral deposition of FRAN
13   HENDERSON, held in the office of Rawle &
14   Henderson, The Widener Building, One South
15   Penn Square, 1339 Chestnut Street,
16   Philadelphia, Pennsylvania 19107, commencing
17   at 3:40 p.m., on the above date, before Hope
18   Spade-Agosto, a Professional Court Reporter
19   and a Notary Public for the Commonwealth of
20   Pennsylvania.
21                       - - -
             ESQUIRE DEPOSITION SERVICES
22                Four Penn Center
           1600 John F. Kennedy Boulevard
23                  Suite 1210
         Philadelphia, Pennsylvania 19103
24                (215) 988-9191
```

ESQUIRE DEPOSITION SERVICES

1   other drafts that you had been taking
2   out?
3       A.   Same as every other draft.
4       Q.   Tell us then what you can
5   remember happening from the time you
6   started raising that load until the time
7   of the accident. What can you remember?
8       A.   It was a normal lift, like
9   any other. You lifted it up until you
10  seen the load get out of the ship. Put
11  the hoist lever in neutral, apply the
12  brake, swing over the ship. Put the
13  power down lever to lower the load down
14  to the pier, drop it down on the pier at
15  the same rate of speed that I always do.
16  And when it was four foot, five foot off
17  the deck, the nylon strap let loose, and
18  all the lumber fell on Skinny.
19      Q.   Did you have any warning
20  that this nylon strap was going to break
21  or cut loose?
22      A.   No, sir.
23           @ATTY2: Objection to the form.
24           MR. GRUBER: Anything in

```
 1   lumber here.  (Indicating.)
 2        Q.    That's shown in 23N?
 3        A.    Yes, sir.  It might have
 4   been even more than what we actually see
 5   in the picture there.  They might have
 6   moved some off of him.
 7        Q.    Now, so far you know, when
 8   that draft was on its way up, when it
 9   was on its way out, did it make any
10   contact with any portion of the ship?
11        A.    No, sir.
12             MR. GRUBER:  That's all I have.
13                    -  -  -
14                  EXAMINATION
15                    -  -  -
16   BY MR. DONOVAN:
17        Q.    Mr. Henderson, I have a few
18   for you, but I don't think I'll be that
19   long.
20             Had you seen Mr. Revak at
21   all before the strap let loose?
22        A.    He was on the pier working.
23        Q.    Okay.  But where was he the
24   first time you saw?  And let's take it
```