Philadelphia,
08 September 2002

MV MORRABORG

The 8th of September, motorvessel "MORRABORG" arrived at Philadelphia to discharge a cargo of paperreels and timberpackages.
Discharging commenced the 8th, at 13:00 LT with 2 gangs.
One gang was discharging paper in hold #1, while the other was discharging timber from the tweendeck of hold #2.
At 16:25LT the stevedores lifted the last hoist of timber from the tweendeck. This hoist consisted out of 4 units, each unit consisting of 5 packages. The average weight of one package is appr. 1100lbs. Each unit is lifted by means of two slings, each sling has an SWL of 3.5 mt.
This last hoist was taken out and the ships-crew was standby to open the tweendeck.
While this hoist was lowered towards the quay, stevedores started shouting. One end (the far end, at the sheds side) of the unit was rapidly going down. This made the total hoist out of balance, which caused the other end going down as well. Close to this hoist was a stevedore who started to walk backwards when he saw things coming. Unfortunately he was not fast enough, especially because the top packages slid towards him and his way was blocked by the ships side and shore crane. Stevedores are not wearing any personnel protecting aids, e.g. helmets/safety shoes, etc. The unit fell apart and packages slid over and against this stevedore. He was completely covered by timber. All cargo operations were stopped and stevedores and ships crew started to free the victim. Ships stretcher and first aid kit were brought to the site. Professionel medical assistance arrived shortly after.
Pictures were taken at the site and hoisting slings inspected. Slings turned out to be broken and cut as well to free the victim.
Accident was closely witnessed by the captain, who was ashore and by the chief officer, who was on deck.

Captain                 Chief Officer
F. Bijkerk              M. Lukassen

*[Stamp: WAGENBORG SHIPPING B.V. — Master M.V. "MORRABORG" — DELFZIJL]*

PLAINTIFF'S EXHIBIT P-10

M 00004