**WAGENBORG** SHIPPING B.V.


PLAINTIFF'S EXHIBIT

### GENERAL REPORT

| | |
|---|---|
| ☐ Non-conformity procedure/instruction | ☐ Damage |
| ☐ Customer remark | ☐ Pollution |
| ☒ Accident | ☐ Other deficiency |
| ☐ Near accident | ☐ Non-conforming voyage |
| ☐ Potential hazard/identified risk | ☐ Suggestion for improvement |

| | |
|---|---|
| Department/ship: | Deck / Morraborg |
| Name drafter: | F.J.C Bijkerk |
| Function/rank: | Master |
| Nationality: | Dutch |
| Name head of dept/master: | F.J.C Bijkerk |
| Location/position: | Philadlphia |
| Ref. to procedure: | |
| Date: | 09-02-2002 |

Detailed description: See attached statement

Complete this box only in case of an accident
Name and initials: Unknown
Kind of injury: Unknown yet  C later blijkt  2 gebroken heupen
Hospitalisation required: ☒ yes/ ☐ no

| | |
|---|---|
| Date of birth: | Day accident happened: |
| Sex: ☒ male/ ☐ female | Date accident: 08/sept/2002. |
| Nationality: American | Time of accident: 1625 |
| Function: Stevedore | Absence from work:   days |

If applicable, description of cause of the incident (tick also one or more boxes below):
See attached statement

 **WAGENBORG** SHIPPING B.V.

## GENERAL REPORT

| | | |
|---|---|---|
| ☐ poor housekeeping | ☐ lack of supervision | ☐ documentation related problem |
| ☐ hardware defects | ☐ poor planning | ☐ standards related problem |
| ☐ inadequate protection means | ☐ poor instructions | ☐ procedure related problem |
| ☒ unawareness of risk | ☐ lack of information | ☒ instruction related problem |
| ☐ wrong handling of tools, etc. | ☐ substandard design | ☐ latent or mechanical defect |
| ☐ deliberated infringement of instructions/rules | ☐ wrong application of equipment | ☐ other, |
| ☐ heavy weather | ☐ communication related problem | |
| ☐ lack of training | ☐ organisational problem | |

Proposed or taken corrective action and/or suggestion for improvement:

Signature drafter:

Signature head of dept/master (for notification only):

Description corrective action carried out (to be completed by head of department or master)

Date: 02/sept./2002
By (name), (function)  F. Bakerk.  Master
Signature:

Closed by QAD (date): 31/10/02    By (name):

Please add pages if not sufficient space is available in the boxes

Philadelphia,
08 September 2002

MV MORRABORG

The 8th of September, motorvessel "MORRABORG" arrived at Philadelphia to discharge a cargo of paperreels and timberpackages.
Discharging commenced the 8th, at 13:00 LT with 2 gangs.
One gang was discharging paper in hold #1, while the other was discharging timber from the tweendeck of hold #2.
At 16:25LT the stevedores lifted the last hoist of timber from the tweendeck. This hoist consisted out of 4 units, each unit consisting of 5 packages. The average weight of one package is appr. 1100lbs. Each unit is lifted by means of two slings, each sling has an SWL of 3.5 mt.
This last hoist was taken out and the ships-crew was standby to open the tweendeck.
While this hoist was lowered towards the quay, stevedores started shouting. One end (the far end, at the sheds side) of the unit was rapidly going down. This made the total hoist out of balance, which caused the other end going down as well. Close to this hoist was a stevedore who started to walk backwards when he saw things coming. Unfortunately he was not fast enough, especially because the top packages slid towards him and his way was blocked by the ships side and shore crane. Stevedores are not wearing any personnel protecting aids, e.g. helmets/safety shoes, etc. The unit fell apart and packages slid over and against this stevedore. He was completely covered by timber. All cargo operations were stopped and stevedores and ships crew started to free the victim. Ships stretcher and first aid kit were brought to the site. Professionel medical assistance arrived shortly after.
Pictures were taken at the site and hoisting slings inspected. Slings turned out to be broken and cut as well to free the victim.
Accident was closely witnessed by the captain, who was ashore and by the chief officer, who was on deck.

Captain                Chief Officer
F. Bijkerk             M. Lukassen