CAPTAIN FERDINAND BIJKERK - August 17, 2006

1

```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
  _____
                                   *
  ROBERT REVAK                     *   CIVIL ACTION
                                   *
      and                          *
                                   *
  MARGARET REVAK                   *
                                   *
      vs.                          *
                                   *
  INTERFOREST TERMINAL UMEÅ AB     *
                                   *
      and                          *
                                   *
  WAGENBORG SHIPPING B.V.          *   NO. 03-4822
                                   *
  _____
```

ORAL DEPOSITION OF CAPTAIN FERDINAND BIJKERK, produced as a witness at the instance of the Plaintiffs, taken in the above-styled cause on the 17th day of August, 2006, from 9:58 a.m. to 2:10 p.m., before Candice F. Flowers, a Certified Shorthand Reporter, at the offices of Wagenborg Shipping B.V., Marktstraat 10, in the City of Delfzijl, Country of the Netherlands, pursuant to the agreements as stated on the record and/or the Federal Rules of Civil Procedure.

COPY

Reported By:
Candice F. Flowers, CSR
European Reporting Service
Meesmannstr. 52
58456 Witten, Germany
Tel/Fax: (011) 49 2302 277485
www.EuropeanReportingService.com

```
 1    Q    (By Mr. Gruber)  All right.  Let's look at
 2  P12.  Now, this document was prepared and signed by
 3  you on September 8th, the day of the accident?
 4    A    That's correct.
 5    Q    Why did you prepare this letter?
 6    A    As far as I can remember, the lawyer, Ed,
 7  was already on board at that time.  And I made up
 8  this statement, is what you want to call it, on
 9  advice of the lawyer.
10    Q    All right.  In this letter, the fourth
11  line down, "The slings was found" -- well, what
12  did -- I'll read it.  "The slings was found in a
13  state its was be cutted due to any kind of reason."
14         What were you trying to say there?
15    A    That it broke due to any kind of reason.
16  It broke.  It cut it some -- or how you call it?
17              MR. POWERS:  Parted?
18    A    Parted.  Due to any kind of reason.  I
19  don't know the reason why it parted.
20    Q    Okay.  So when you said "due to any kind
21  of reason," that meant you didn't know the reason
22  why.
23    A    No.
24    Q    Do you know today?  I mean, have you since
25  found out what caused the sling to part?
```

1    A    Well, we --

2            MR. POWERS:  Don't talk -- anything
3    you and I have had discussions about, I don't want
4    you repeating.

5    Q    (By Mr. Gruber) He's right.  I just want
6    to know based on your -- not because of any
7    conversation that you had with Mr. Powers.

8            MR. POWERS:  Other than what you and
9    I have spoken about when we were here, has the
10   company or anyone else in your -- outside of just
11   talking to me, have you discovered a reason why the
12   sling broke?

13           THE WITNESS:  If we find a reason,
14   no.

15   Q    (By Mr. Gruber) Okay.  Now, you go on to
16   say, "The contract for this hired slings is based on
17   inspected slings delivered to the ship."

18           Now, you are referring to a contract
19   there.  At the time you wrote this, did you know
20   whether, in fact -- well, what did you mean when you
21   said "contract"?  What were you referring to?

22   A    That's the contract my boss, Wagenborg,
23   has with Locatum.

24   Q    Did you know whether there was a written
25   contract or whether it was a verbal --