FREEDMAN AND LORRY, P.C.
BY: STANLEY B. GRUBER, ESQUIRE
IDENTIFICATION NO.: 22954
1601 Market Street, Second Floor
Philadelphia, PA 19103
(216) 925-8400
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT REVAK and MARGARET REVAK, Plaintiffs v. INTERFOREST TERMINAL UMEA AB and WAGENBORG SHIPPING B.V., Defendants | CIVIL ACTION NO. 03-4822 |

**AFFIDAVIT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : |
| | : SS |
| COUNTY OF PHILADELPHIA | : |

MICHAEL LENNON being duly sworn according to law deposes and says:

1. On September 8, 2002 I was employed by J.H. Stevedoring Co. as a ship boss in connection with the discharge of cargo from the M/V Morraborg while that ship was berthed at Pier 80 South in the Port of Philadelphia, Pennsylvania.

2. At the time Mr. Revak was injured late in the afternoon on September 8, 2002, I was in the No. 2 tween deck of the M/V Morraborg observing cargo operations. I watched the discharge of the draft in question (the one in which one of the cargo slings parted) from the time it was hooked up to the spreader by the longshoremen in the cargo hold, until it cleared the bulkhead of the ship and went out over the pier.

3.  At no time did I see any portion of the draft, or any cargo sling that was being used to lift the draft, make any contact with any portion of the ship during the discharge process. If any of the cargo slings lifting the draft had been pinched against any portion of the ship while the draft was being lifted out of the cargo hold, I would have seen it. However, at no time did I see any sling in the draft in question pinched between the draft and any portion of the ship while it was being lifted out of the cargo hold.

_____
MICHAEL LENNON

Sworn to and subscribed
Before me this 7th day
of August, 2009.

_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
VERONICA A. GOLDEN, Notary Public
City of Philadelphia
My Commission Expires April 17, 2011

2