1

```
 1        IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2   _____
                                        *
 3   ROBERT REVAK                       *   CIVIL ACTION
                                        *
 4        and                           *
                                        *
 5   MARGARET REVAK                     *
                                        *
 6        vs.                           *
                                        *
 7   INTERFOREST TERMINAL UMEÅ AB       *
                                        *
 8        and                           *
                                        *
 9   WAGENBORG SHIPPING B.V.            *   NO. 03-4822
                                        *
10   _____

11        INTERPRETED ORAL DEPOSITION OF LEIF

12   ERIKSSON, produced as a witness at the instance of

13   the Plaintiffs, taken in the above-styled cause on

14   the 21st day of August, 2006, from 1:25 p.m. to 4:08

15   p.m., before Candice F. Flowers, a Certified

16   Shorthand Reporter, at the offices of Advokatfirman

17   Vinge AB, Smalandsgatan 20, in the City of

18   Stockholm, Country of Sweden, pursuant to the

19   agreements as stated on the record and/or the

20   Federal Rules of Civil Procedure.

21                                            ORIGINAL

22                    Reported By:
                 Candice F. Flowers, CSR
23              European Reporting Service
                    Meesmannstr. 52
24                58456 Witten, Germany
             Tel/Fax:  (011) 49 2302 277485
25           www.EuropeanReportingService.com
```

LEIF ERIKSSON - August 21, 2006

51

```
 1  percent, but it is very rare that we would do that
 2  ourselves because we want to work in a safe
 3  environment as well.
 4       Q    When did you first learn about this
 5  accident, the accident involved in this case?
 6       A    Maybe half a year after the time of the
 7  accident.
 8       Q    Who told you?
 9       A    It was Per Fahrman, the operations manager
10  at the time.
11       Q    I'm showing you photographs 24C, 24B, 24A,
12  and 27A.  Would you agree that those are all
13  pictures of a torn polyester sling?
14       A    Yes, I agree with that.
15       Q    Have you ever seen a polyester sling torn
16  in that fashion?
17       A    I do not think so.
18       Q    Have you looked at these photographs
19  before today?
20       A    No, the first time today.
21       Q    Looking at these photographs, do you have
22  any idea, based on your 20 to 25 years' experience
23  as a longshoreman working with cargo slings, what
24  could have caused a tear like this?
25                 MR. DONOVAN:  Objection to the form.
```

LEIF ERIKSSON - August 21, 2006

53

1  tearing from this part, from this side.
2              MR. GRUBER:  Indicating on photograph
3  24B -- what would you say -- on the top portion
4  shown in the photograph and the same thing on 24C.
5      Q    (By Mr. Gruber) Anything else?
6      A    I think it could be a mechanical injury
7  during the hoist itself.  Somewhere it has touched.
8      Q    You mean like touched the bulkhead or
9  touched the side of the hatch.  Is that what you are
10 talking about?
11     A    That is what I mean.
12     Q    Anything else?
13     A    The colors correspond a lot better with
14 reality on these ones than on these, if it is the
15 same sling.
16     Q    You mean the colors on the P24 photographs
17 look more like the color you are used to seeing than
18 the colors on the P27 photographs.
19     A    Yes.
20     Q    In your 25 years of experience, have you
21 ever seen a synthetic sling, such as the one that we
22 see in the photographs, break apart as a result of
23 touching a bulkhead or the edge of a hatch?
24     A    Yes, I have seen that.
25     Q    I thought you told me that the only times

LEIF ERIKSSON - August 21, 2006

54

1  you have seen a sling break apart was when it was
2  just a little way off the ground.
3      A    Yes, that it has broken by itself.
4      Q    So you have seen situations where slings
5  have come apart as a result of touching a bulkhead
6  or the side of a hatch?
7          MR. DONOVAN:  Objection to the form.
8      A    I have.
9      Q    And those were occasions where the cargo
10 was being handled at Interforest Terminal?
11     A    In our harbor, but with hired crane
12 operators from Umeå.
13     Q    You mean the crane operator wasn't a
14 direct employee of Interforest?
15     A    They are not employed by Interforest, no.
16         MR. GRUBER:  That's all I have.
17 Thank you.
18                  EXAMINATION
19 BY MR. POWERS:
20     Q    Herr Eriksson, my name is Edward Powers.
21 I represent Wagenborg Shipping, who is a
22 co-defendant in this action.  I have a couple of
23 questions for you, very briefly.
24         I'm going to hand you what's been marked
25 as Exhibit P17.  Have you ever seen that document