```
 1  in good condition.
 2      Q   Do you have any idea what the expected
 3  life of one of these slings is?
 4              MR. DONOVAN:  Objection to the form.
 5      A   I think they can be used even more than
 6  ten times.
 7      Q   Does Wagenborg give Locatum any
 8  instruction that we don't want a sling that's been
 9  used more than five times, ten times or whatever?
10      A   There is no instruction about that.  We
11  need safe and certified slings.
12      Q   Okay.  Now, when the slings are
13  returned -- in other words, the ship, for example,
14  goes to Philadelphia.  The cargo is discharged.  The
15  slings are put back into the ship, correct?
16      A   That's correct.
17      Q   And then they are -- I think, like, in
18  this case, would they be brought back to Holmsund
19  and returned there, normally?
20      A   Yeah.  Or in a port nearby, in case we are
21  not calling Holmsund.
22      Q   Okay.  All right.  What, if anything, does
23  the ship's crew do with those slings after they are
24  put back onto the ship and before they are delivered
25  back to Sweden?
```

```
 1              MR. POWERS:  You mean after the
 2   discharge of the cargo when the slings are brought
 3   back on board?
 4              MR. GRUBER:  Yes.
 5       A     Brought back on board and they store them
 6   on a safe place on board of the ship and carry them
 7   back to the port where Locatum --
 8       Q     Do they look at them during that period of
 9   time?
10       A     They count them.
11       Q     They count them?
12       A     Yeah.  They count the number just to see
13   whether there's any losses and whether they have
14   been all returned.  Because if they will not be all
15   returned, we will be invoiced for the loss of the
16   slings.
17       Q     Okay.  So if you know that you were given
18   468 slings, then on the voyage back, the crew would
19   count to see whether there were 468 slings going
20   back, correct?
21       A     They do, yes.
22       Q     And when they do the count, do they also
23   look at the slings to see what kind of condition
24   they are in?
25       A     They do, yes.
```

1   Q   And why do they do that?
2   A   Just as an extra service for Locatum, that
3 they know there is a number of scrapped slings, for
4 example. But it's not an obligation.
5   Q   When they check the condition of the
6 slings on the way back, if the crew feels that a
7 sling should not be used again, what do they do with
8 it?
9   A   They just report it to Locatum.
10  Q   How do they go about doing that?
11  A   By telephone to Locatum. In case they
12 have witnessed this, they will tell Locatum. But
13 they don't inspect all slings on quality. Mainly
14 they do an accounting. And if they see, just on
15 purpose, they see some huge damages on the slings,
16 they report it to Locatum. But it's not a matter of
17 a full inspection.
18  Q   Okay. But do they discard the sling if
19 that happens, or do they still give that sling back
20 to Locatum?
21  A   No. They put them aside and also
22 redeliver it.
23  Q   But separately set aside?
24  A   I don't know that.
25  Q   Okay. So, for example, if, during the

1  course of counting the slings, they came across five
2  slings which they felt should not be used again,
3  they would set those five slings aside?
4      A    Yeah.
5      Q    But those slings would still be returned
6  to Locatum?
7      A    Yes, because it's their -- they own it.
8      Q    Would there be any written record given to
9  Locatum regarding those five slings that were set
10 aside?
11     A    If that happens, yes.
12     Q    Has it happened?
13     A    It has happened, yes.
14     Q    Do you get a copy of that?
15     A    No.  It's normally something -- it's a
16 delivery sheet, redelivery sheet, of the slings in
17 the port where the master is making remarks of how
18 many slings returned, so many scrapped.
19     Q    Okay.  Now, have the terms of your
20 agreement or your arrangement with Locatum, other
21 than the price, changed at all since 1992?
22     A    No.
23     Q    Now, when this accident happened back on
24 September 8, 2002, were you notified of it?  Were
25 you told about it?

```
 1  then it would have been a higher --
 2       A    14 days.
 3       Q    Okay.  And then the next item under that
 4  says, "The outcome from the return at Holmsund."
 5  What does that refer to?  What does that mean?
 6       A    You can see the difference.  The ones --
 7  they have redelivered 822 pieces, whereof 12 have
 8  been scrapped.  They could not be used.  And that
 9  they probably learned after the next inspection or
10  probably even after the first official inspection
11  that they were in terrible condition.
12       Q    Well, I guess what I'm trying to get at
13  here is:  If you know, the 12 pieces that were
14  scrapped, are they talking about pieces that were
15  rejected by Interforest or that were scrapped as a
16  result of the ship's crew looking at them on the
17  voyage back, or do you know?
18       A    It can be both.  If they were really in
19  terrible condition, the crew even could have
20  noticed; and if they have not, then probably the
21  Interforest have rejected them later on.
22       Q    Now, where it says in the next line, "To
23  the debit of scrapped slings," do you get a credit
24  for that?  Is that the idea?
25       A    We have to pay for the lost slings.
```

1    THE WITNESS: You can see that here
2 there's an additional seven days charged on top of
3 the 50 days.
4    MR. GRUBER: Yes.
5    THE WITNESS: And there's an amount
6 of -- I have to take back my words about the number
7 of scrapped slings because it's even higher.
8              FURTHER EXAMINATION
9 BY MR. GRUBER:
10   Q    It shows 84 scrapped pieces, correct, out
11 of the 468; is that right?
12   A    That's right. That's a lot.
13   Q    This is a lot.
14        And then there were 31 pieces that were
15 just missing that weren't returned, correct?
16   A    Yeah.
17        MR. POWERS: You know which one 31
18 is. It's in my office.
19   Q    (By Mr. Gruber) So this means that the
20 crew of the ship would have segregated 84 of these
21 slings on the way back for scrapping, correct?
22   A    It can be the crew. It can also be the
23 stevedores in Holmsund after receiving, or in the
24 other ports where those slings have been redelivered
25 to.

```
 1      Q    Based on the question that Mr. Donovan
 2  asked you before, based on your experience, is this
 3  an extraordinarily high amount of slings that are
 4  scrapped?
 5      A    Yes, it is.
 6      Q    If I do some quick math -- I guess it's
 7  worth my doing it.
 8           MR. POWERS:  If I may, can I ask
 9  just -- I'm curious.
10           MR. GRUBER:  Yeah.
11           MR. POWERS:  Uddevalla, is that where
12  they were returned?
13           THE WITNESS:  Yeah.  They have been
14  returned at Uddevalla.
15           MR. POWERS:  Okay.  Where is
16  Uddevalla?  Is that also in Sweden?
17           THE WITNESS:  Yeah, the south part of
18  Sweden, yeah, because the vessel is apparently not
19  calling Holmsund --
20           MR. POWERS:  Okay.  That's all I need
21  to know.  Thanks.
22      Q    (By Mr. Gruber) So this is like -- by bad
23  math, this is like 18, 19 percent of the slings that
24  were supplied were scrapped, correct?
25      A    That's a lot.
```

```
 1      Q    Now, if you continued to have experience
 2 with Locatum where 18 to 19 percent of the slings
 3 that they supplied had to be scrapped, would you
 4 reconsider using them as a supplier of a sling?
 5           MR. DONOVAN:  Objection to the form.
 6      A    Yeah, we would continue.
 7      Q    You would still continue?
 8      A    We would still continue, because this
 9 happened after the discharge or during or after the
10 load at least, the damage to the slings.
11      Q    Do you have any idea as to why there is
12 such a large number of scrapped slings on this
13 particular voyage as compared to all the other
14 voyages?
15      A    I have no idea.
16      Q    Does it suggest to you that the quality of
17 the slings that were supplied by Locatum for this
18 particular voyage were not up to the usual
19 standards?
20           MR. DONOVAN:  Objection to the form.
21           MR. POWERS:  Note my objection.  I
22 think he's already asked and answered that.
23      A    I don't think it's relevant, because those
24 slings have been even inspected before they're used,
25 by Interforest, and found okay.
```