```
 1      Q    Let's say the slings --
 2      A    Or in general?
 3      Q    Well, as I understand it, on August 24,
 4 2002, when the slings were loaded, there were other
 5 slings that were returned at the same time.
 6      A    That's correct.
 7      Q    I think something like 822 -- or over 800
 8 slings.
 9      A    Yes, sir.
10      Q    And those were returned at the Port of
11 Holmsund?
12      A    Yes, sir.
13      Q    But are you telling me that that's not
14 necessarily the same place where you would always
15 give the slings back to Locatum?
16      A    That's what I said.
17      Q    Okay.  It could be at other locations.
18      A    It can be, yeah.
19      Q    But as I understand your testimony, like
20 those 822 slings that you returned on August 24th,
21 you did not have anybody or yourself or have anybody
22 look at those slings or inspect them before
23 returning them to Locatum.
24      A    Not on these slings.
25      Q    Was there any reason for that?
```

1   A   No time.
2   Q   Didn't have the time.
3   A   Yes, sir.
4   Q   Were there occasions when you did have the
5   time that you would take a look at those slings?
6   A   When we have a bigger, longer ballast trip
7   and the crew has some more time, then we do some
8   recounting to be sure how many belts, slings, we
9   have on board. And then we also check if they are
10  damaged or not.
11  Q   And if they're damaged, would you cut them
12  up?
13  A   I will cut them up.
14  Q   Okay. Now, did you ever find out whether
15  or not Interforest had rejected any of the slings
16  that it had inspected before the loading process on
17  August 24th?
18  A   I didn't see it.
19  Q   You don't know?
20  A   I don't know.
21  Q   Okay. Did you personally observe any of
22  those 468 slings being inspected or looked at by
23  Interforest people before the loading operation?
24  A   That's their standard procedure, as far as
25  I understand. Before loading, they check -- the