IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT REVAK and | : | |
| MARGARET REVAK | : | CIVIL ACTION |
| | : | |
| v. | : | No. 03-4822 |
| | : | |
| INTERFOREST TERMINAL | : | |
| UMBEA AB | : | |
| and | : | |
| WAGENBORG SHIPPING, B.V. | : | |

## ORDER

AND NOW, this  8th  day of September, 2009, upon consideration of Plaintiffs' Motion *in Limine* to Preclude Evidence of Alcohol Consumption by Plaintiff Robert Revak (Doc. No. 65), and all documents submitted in support thereof and in opposition thereto, it is ORDERED that the Motion is GRANTED.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, J.