IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT REVAK and | : | |
| MARGARET REVAK | : | CIVIL ACTION |
| | : | |
| v. | : | No. 03-4822 |
| | : | |
| INTERFOREST TERMINAL | : | |
| UMBEA AB | : | |
|     and | : | |
| WAGENBORG SHIPPING, B.V. | : | |

**ORDER**

AND NOW, this __9th__ day of September, 2009, upon consideration of Plaintiffs' Motion *in Limine* to Preclude Opinion Testimony of Defendants' Liability Expert, David P. Pope, Ph.D. (Doc. No. 66), and all documents submitted in support thereof and in opposition thereto, it is ORDERED that the Motion is GRANTED in part and DENIED in part.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, J.